UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against - Cr. No. 12-691 (JFK)

JOSEPH ROMANO and
DEJVID MIRKOVIC,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT'S MOTION FOR AN ANONYMOUS JURY
AND OTHER RELATED PROTECTIVE MEASURES

The United States of America, by its undersigned attorneys, respectfully moves the Court for an order that:

(1) the names, addresses and places of employment of members of both the venire and petit juries not be revealed;

(2) the jurors be kept together during recesses and taken or provided lunch as a group each day during trial; and

(3) the jurors be escorted to and from the courthouse each day during trial in a manner to be arranged by the United States Marshals Service.

Dated: Brooklyn, New York
February 19, 2013

Respectfully submitted,

ERIC H. HOLDER, JR.
Attorney General of the United States
WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York

By: /s/ Marshall L. Miller
Marshall L. Miller
Una A. Dean
Assistant U.S. Attorneys
(718) 254-6421/6473

cc: Clerk of Court (JFK) (by ECF)
Joseph Kilada, Esq. (counsel to defendant Romano) (by ECF)
Susan Kellman, Esq. (counsel to defendant Mirkovic) (by ECF)