CR-170
F #2007R01344

Joseph Romano et al
Discovery Summary

| Production | Contents | Media | Description |
|---|---|---|---|
| Production I | Project I & II | 1 Disk | Projects I & II on the same disk |
| 05/08/09 | (30 + 12 Boxes) | 3 Disks | (MetTel, FedEx and Neises) |
| | | | |
| Production II | Hard Drives | 1 Disk | Computer records |
| 05/15/09 | Sales records | Hard Copy | DiBari sales records |
| | | | |
| Production III | Project III | 1 Disk | Accountant & financial records |
| 07/27/09 | (3 boxes) | | |
| | | | |
| Production IV | Audio recordings | 63 CDs | Victim conversations with salesmen |
| 07/20/09 | | | |
| | | | |
| Production V | Project IV | 1 Disk | Victim files and search records |
| 08/21/09 | (17 Boxes) | | |
| | | | |
| Production VI | Audio & video recordings | 4 CDs | Surveillance, CD & victim |
| 09/18/09 | | | |
| | | | |
| Production VII | Photographs | Hard Copy | Surveillance photographs |
| 11/06/09 | Audio recordings | 2 CDs | Thompson & Larsen recordings |
| | | | |
| Production VIII | Project V | 1 Disk | Victim files and search records |
| 01/07/10 | (3 boxes) | | |



**EXHIBIT A**

CR-170
F #2007R01344

Joseph Romano et al
Discovery Summary

| |
|---|
| |
| Source |
| |
| Grand Jury |
| Grand Jury |
| |
| Search - AACC |
| Search records |
| |
| Grand Jury |
| |
| |
| Victims |
| |
| |
| Investigator's files |
| Search - AACC |
| |
| Victim & Surveillance |
| |
| |
| Investigator |
| Victims |
| |
| Investigator's files |
| Search - AACC |



**EXHIBIT A**