CR-170
F #2007R01344

Joseph Romano et al
Discovery

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| Production I<br>05/08/09 | Project I<br>(30 Boxes) | 1 disc containing Projects I & II<br>3 discs (MetTel, FedEx and Neises) | | | | |
| 000237 - 000245 | Joseph Romano | | | BONY | ACC | Signature cards |
| 000246 - 000532 | Sal Romano | | | Chase | Salvatore Romano | Various |
| 000533 - 000560 | Joseph Romano | | | Fla Cap Bank | Karen Romano | 1000028119 |
| 000561 - 001007 | Joseph Romano | | | WAMU | Joseph Romano | |
| 001008 - 001560 | Joseph Romano | | | WAMU | Joseph Romano | |
| 001561 - 001699 | Joseph Romano | | | WAMU | Joseph Romano | |
| 001700 - 001700 | Joseph Romano | | | WAMU | Joseph Romano | |
| 001701 - 001797 | Joseph Romano | | | WAMU | Joseph Romano | |
| 001798 - 001815 | Joseph Romano | | | WAMU | Joseph Romano | Mortgage |
| 001816 - 001961 | Joseph Romano | | | Am Home Mtg | Joseph Romano | 35 E 38th St 6G |
| 001962 - 001968 | Joseph Romano | | | BONY | Joseph Romano | 5910075596 |
| 001969 - 002047 | Joseph Romano | | | WAMU | Joseph Romano | Mortgage 22 Slate |
| 002048 - 002207 | Joseph Romano | | | First Hawaiian | Joseph Romano | |
| 002208 - 005781 | Joseph Romano | | | BONY | ACC | 690-4988195 |
| 005782 - 006472 | Joseph Romano | | | BONY | ACC | 6904988195 |
| 006473 - 006482 | Joseph Romano | | | Chase | ACC | 907-0985506-65 |
| 006483 - 006587 | Joseph Romano | | | Chase | ACC | |
| 006588 - 007414 | Joseph Romano | | | Chase | ACC | |
| 007415 - 010955 | Joseph Romano | | | Chase | ACC | 907-0985506-65 |
| 010956 - 011013 | Joseph Romano | | | BB&T | ACC | |
| 011014 - 011293 | Joseph Romano | | | ADP | LQC, ACC | |
| 021812 - 022204 | Joseph Romano | | | NYCB | Joseph Romano | Various |
| 022205 - 022348 | Joseph Romano | | | NYCB | Joseph Romano | Various |
| 022349 - 022359 | Joseph Romano | | | NYCB | Joseph Romano | Various |
| 022360 - 022378 | Joseph Romano | | | NYCB | Joseph Romano | Various |
| 022379 - 022522 | Joseph Romano | | | NYCB | Joseph Romano | |
| 022563 - 022577 | Joseph Romano | | | NYCB | Joseph Romano | |
| 022588 - 022599 | Joseph Romano | | | NYCB | Joseph Romano | |
| 022600 - 022647 | Joseph Romano | | | NYCB | Joseph Romano | Various |
| 036690 - 036704 | Joseph Romano | | | NYCB | Joe Romano | |
| 036869 - 036877 | Joseph Romano | | | NYCB | Joe Romano | |
| 037691 - 038637 | Joseph Romano | | | AmEx | Various | Various |



**EXHIBIT B**

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
|---|---|---|---|---|---|---|
| 038638 - 038907 | Joseph Romano | | | Chase | Joseph Romano | 818-320362-65 |
| 038908 - 039216 | Joseph Romano | | | Chase | Joseph Romano | 818-320362-65 |
| 039217 - 039293 | Joseph Romano | | | Chase | Joseph Romano | 818-320362-65 |
| 039294 - 039443 | Joseph Romano | | | Chase | Joseph Romano | 818-320362-65 |
| 039444 - 039809 | Kevin Wells | | | Smith Barney | Kevin Wells | |
| 039868 - 040212 | Joseph Romano | | | Smith Barney | Joe Romano | |
| 040213 - 040644 | Joseph Romano | | | Commerce | Joseph Romano | Various |
| 040645 - 040687 | Joseph Romano | | | Commerce | Joseph Romano | Various |
| 040688 - 041425 | Vincent Romano | | | WAMU | Vincent Romano | 1801675456 |
| 041426 - 041521 | Vincent Romano | | | WAMU | Vincent Romano | 1801675456 |
| 041522- -041573 | Kevin Wells | | | Citibank | Kevin Wells | Various |
| 041574 - 041601 | Kevin Wells | | | Citibank | Kevin Wells | Various |
| 041602 - 042394 | Kevin Wells | | | Citibank | Kevin Wells | Various |
| 042395 - 042431 | William Kearney | | | ING Bank | William Kearney | 3658 |
| 042432 - 042533 | Thomas Arnold | | | WAMU | Thomas Arnold | Various |
| 042534 - 043366 | Thomas Arnold | | | WAMU | Thomas Arnold | Various |
| 043367 - 044210 | Thomas Arnold | | | WAMU | Thomas Arnold | Various |
| 045443 - 045549 | Sal Romano | | | Farmington | Salvatore Romano | Loan 600008752 |
| 045550 - 045564 | Sal Romano | | | Farmington | Salvatore Romano | 543996 |
| 045565 - 045737 | Sal Romano | | | Farmington | Salvatore Romano | 896599 |
| 045738 - 046643 | Sal Romano | | | Farmington | Salvatore Romano | 20190171 |
| 046644 - 046674 | Joseph Romano | | | Fla Cap Bank | Joseph Romano | 3000023267 |
| 046783 - 047489 | Thomas Arnold | | | WAMU | Thomas Arnold | Various |
| 051413 - 051757 | Joseph Romano | | | BONY | LQC | |
| 051758 - 052241 | Joseph Romano | | | BONY | LQC | |
| 052242 - 052797 | Joseph Romano | | | BONY | LQC | |
| 052798 - 054756 | Joseph Romano | | | Chase | AAC | 746825132 |
| 054757 - 055346 | Joseph Romano | | | Chase | AAC | 746825132 |
| 055347 - 059567 | Joseph Romano | | | BONY | LQC | 690-3190424 |
| 059773 - 060094 | Joseph Romano | | | Chase | LQC | |
| 060095 - 060112 | Joseph Romano | | | Chase | LQC | 895-5008478-65 |
| 060113 - 060114 | Joseph Romano | | | Chase | LQC | |
| 060389 - 060409 | Joseph Romano | | | ING Bank | Joseph Romano | 41262986 |
| 061030 - 061068 | Joseph Romano | | | Chase | Joseph Romano | PVT-526576 |



**EXHIBIT B**

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| 068790 - 069188 | Thomas Arnold | | | Bear Stearns | Thomas Arnold | 220-11547 |
| 070346 - 070451 | Joseph Romano | | | Attorneys | Neises | |
| 070452 - 070456 | Joseph Romano | | | MetTel | Joseph Romano | |
| 070457 - 070499 | Joseph Romano | | | NY DMV | Various | |
| 070500 - 070525 | Kevin Wells | | | Fidelity | Kevin Wells | |
| 070526 - 070530 | Kevin Wells | | | Fidelity | Kevin Wells | |
| 070754 - 070828 | Joseph Romano | | | DHL | ACC | |
| 070890 - 070913 | Joseph Romano | | | FedEx | ACC | |
| 070942 - 070976 | Joseph Romano | | | LIPA | ACC | |
| 070977 - 071084 | Sal Romano | | | Chase | Salvatore Romano | Credit Card (2) |
| 071147 - 072580 | Joseph Romano | | | Verizon | ACC | |
| 072581 072669A | Joseph Romano | | | Dumpster | ACC | |
| 072670 - 072674 | Joseph Romano | | | Dumpster | ACC | |
| 072675 - 072920 | Joseph Romano | | | Dumpster | ACC | |
| 072921 -072925A | Joseph Romano | | | Dumpster | ACC | |
| 070450 (Disk) | Joseph Romano | | | Attorneys | Neises-Surveillance | |
| 070456 (Disk) | Joseph Romano | | | MetTel | Joseph Romano | |
| | | | | | | |
| | | | | | | |
| Production I 05/08/09 | Project II (12 Boxes) | | | | | |
| 072926-076364 | Joseph Romano | | | Fla Cap Bank | Karen Romano | 1000028119 |
| 072926-076364 | Joseph Romano | | | Fla Cap Bank | Joseph Romano | 3000023267 |
| 072926-076364 | Joseph Romano | | | Fla Cap Bank | Karen Romano | 3000017976 |
| 072926-076364 | Joseph Romano | | | Fla Cap Bank | Joseph Romano | 3000017968 |
| 072926-076364 | Joseph Romano | | | Fla Cap Bank | Jos & Karen | 3000017941 |
| 072926-076364 | Joseph Romano | | | WAMU | Joseph Romano | 098-3725189 |
| 072926-076364 | Joseph Romano | | | WAMU | Joseph Romano | |
| 072926-076364 | Joseph Romano | | | Southeastern Alliance Title | Docs 9 Hersey Dr Boynton FL 33435 | 04-10336 |
| 072926-076364 | Joseph Romano | | | Equity Title | Docs 6011 Ocean Ocean Ridge,33435 | |



**EXHIBIT B**

JR000014375

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
|---|---|---|---|---|---|---|
| 072926-076364 | Joseph Romano | | | Chase | All Romano et al Chase accounts | Many |
| 072926-076364 | Joseph Romano | | | Chase | All Romano et al Chase accounts | Many |
| 072926-076364 | Joseph Romano | | | Fidelity National Title | Joseph Romano Michael Romano | Venetian Beach Condos H4 & H2 |
| 072926-076364 | Joseph Romano | | | Aurora Loan Services | Joseph Romano | Mortgage info |
| 072926-076364 | Joseph Romano | | | BONY | Miryam Branth | 690-4057655 |
| 072926-076364 | Joseph Romano | | | BONY | Miryam Branth | 697-5476500 |
| 072926-076364 | Joseph Romano | | | ANSCA Homes | Joseph Romano | 7084 Via Leonardo |
| 072926-076364 | Joseph Romano | | | Amer Home Mortgage | Joseph Romano | 35 E 38th St 6G |
| 072926-076364 | Joseph Romano | | | National Coin | ACC & LQC | Coin purchases |
| 072926-076364 | Joseph Romano | | | Coast to Coast | ACC | Coin purchases |
| 072926-076364 | Joseph Romano | | | Arizona Coin Co | ACC & AACC | Coin purchases |
| 072926-076364 | Joseph Romano | | | MTB | Arnold, LQC,ACC | Bullion records |
| 072926-076364 | Joseph Romano | | | Island Coins | AAC | Coin purchases |
| 072926-076364 | Joseph Romano | | | Chase | Mortgage records for 35 E38th St 9C | 1866511234 |
| 072926-076364 | Joseph Romano | | | infoUSA | Mailing lists | Vincent Romano |
| 076365-077621 | Joseph Romano | | | Chase | All Romano et al Chase accounts | Many |
| 077622-078180 | Russell Barnes | | | BONY | Russell Barnes | 690-5211348 |
| 077622-078180 | Russell Barnes | | | BONY | Russell Barnes | 697-7096624 |
| 077622-078180 | Russell Barnes | | | BONY | Russell Barnes | 697-6763090 |
| 077622-078180 | Russell Barnes | | | BONY | Russell Barnes | 6905211348 |
| 077622-078180 | Russell Barnes | | | Chase | Russell Barnes | 690-5211348 |
| 077622-078180 | Russell Barnes | | | Chase | Russell Barnes | 697-7096624 |
| 077622-078180 | Russell Barnes | | | Chase | Russell Barnes | 697-6763090 |
| 079840-080993 | Thomas Arnold | | | Fidelity | Thomas Arnold | Various |
| 079840-080993 | Thomas Arnold | | | Regions Bank | Thomas Arnold | 6706126812 |
| 079840-080993 | Thomas Arnold | | | Regions Bank | Thomas Arnold | 616575965 |
| 079840-080993 | Thomas Arnold | | | Colonial Bank | Thomas Arnold | 8041244370 |



**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| 079840-080993 | Thomas Arnold | | | Colonial Bank | Thomas Arnold | 8041243992 |
| 079840-080993 | Thomas Arnold | | | Colonial Bank | Thomas Arnold | 8044154477 |
| 079840-080993 | Thomas Arnold | | | Colonial Bank | Thomas Arnold | 8039748911 |
| 079840-080993 | Thomas Arnold | | | Colonial Bank | Thomas Arnold | 8037182238 |
| 079840-080993 | Thomas Arnold | | | Colonial Bank | Thomas Arnold | 8037182238 |
| 079840-080993 | Thomas Arnold | | | Bankers Title | Thomas Arnold | Dixie County FL |
| 079840-080993 | Thomas Arnold | | | MTB | Arnold, LQC, ACC | Bullion records |
| 079840-080993 | Thomas Arnold | | | Anderson & Strictland P.A. | Thomas Arnold property records | North Carolina |
| 079840-080993 | Thomas Arnold | | | Fidelity National Title | Thomas Arnold Florida property | 3305 Oakley St, St Ptrsbrg 33784 |
| 080994-081600 | Vincent Romano | | | Coast to Coast | ACC | Coin purchases |
| 080994-081600 | Vincent Romano | | | HSBC | Vincent Romano | 149924984 |
| 080994-081600 | Vincent Romano | | | HSBC | Vincent Romano | 149480016 |
| 080994-081600 | Vincent Romano | | | HSBC | Vincent Romano | 14900000691 |
| 080994-081600 | Vincent Romano | | | infoUSA | Mailing lists | Vincent Romano |
| 081601-082886 | Sal Romano | | | Farmington | Salvatore Romano | Several |
| 081601-082886 | Sal Romano | | | DWS Investments (Kemper Mutuals) | WSRC Michael & Sal Romano FBO MGR | 778238703 |
| 081601-082886 | Sal Romano | | | Chase | All Romano et al Chase accounts | Many |
| 081601-082886 | Sal Romano | | | Chase | All Romano et al Chase accounts | Many |
| 082887-083337 | Kevin Wells | | | Citibank | Kevin Wells | 75969473 95671690 |
| 082887-083337 | Kevin Wells | | | Citibank | Kevin Wells | Various |
| | | | | | | |
| Production II 05/15/09 | | | | | | |
| Hard Drives | Joseph Romano | 2 Discs | | | | |
| Sales Records | Mike DiBari | | | | | |



**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| | | | | | | |
| Production III | Project III (3 Boxes) | 1 Disc | | | | |
| 6/19/09 & 7/27/09 | (original Bates) | | | | | |
| 09032-10454 | Thomas Arnold | | | Brian Marcus | Financial records | |
| 10455-10616 | Russell Barnes | | | Brian Marcus | Financial records | |
| 10617-11410 | Kevin Wells | | | Brian Marcus | Financial records | |
| 11461-11474 | Ronald Dubick | | | Brian Marcus | Financial records | |
| 11475-11870 | Sal Romano | | | Brian Marcus | Financial records | |
| 11871-12588 | Joseph Romano | | | Brian Marcus | AAC records | |
| 12589-12775 | J Romano etal | | | Brian Marcus | Tax returns | |
| 13245-13781 | Russell Barnes | | | BONY | Russell Barnes | 690-5211348 |
| 13782-13799 | Joseph Romano | | | BONY | Miryam Branth | 690-4057655 |
| 13838-13983 | Sal Romano | | | Farmington | Salvatore Romano | 20190171 |
| 13984-13986 | Joseph Romano | | | Fidelity National Title | | |
| | | | | | | |
| Production III | Project III (3 Boxes) | | | | | |
| 6/19/09 &7/27/2009 | (new Bates #s) | | | | | |
| 093032 - 094456 | Thomas Arnold | | | Brian Marcus | Financial records | |
| 094457 - 094618 | Russell Barnes | | | Brian Marcus | Financial records | |
| 094619 - 095413 | Kevin Wells | | | Brian Marcus | Financial records | |
| 095464 - 095477 | Ronald Dubick | | | Brian Marcus | Financial records | |
| 095478 - 095580 | Sal Romano | | | Brian Marcus | Financial records | |
| 095758 - 095873 | J Romano etal | | | Brian Marcus | Tax returns | |
| 095874 - 096778 | Joseph Romano | | | Brian Marcus | AAC records | |
| 097254 - 097790 | Russell Barnes | | | BONY | Russell Barnes | 690-5211348 |
| 097791 - 097808 | Joseph Romano | | | BONY | Miryam Branth | 690-4057655 |
| 097847 - 097992 | Sal Romano | | | Farmington | Salvatore Romano | 20190171 |
| 097993 - 097995 | Joseph Romano | | | Fidelity National Title | | |
| Notes: | | | | | | |
| No 097996 | | | | | | |
| 095478 | Sal Romano | | | | | |
| 095564 - 095580 | Sal Romano | | | | | |
| 095547 - 095563 | Sal Romano | | | | | |



**EXHIBIT B**

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
|---|---|---|---|---|---|---|
| 095530 - 095546 | Sal Romano | | | | | |
| 095521 - 095529 | Sal Romano | | | | | |
| 095509 - 095520 | Sal Romano | | | | | |
| 095498 - 095508 | Sal Romano | | | | | |
| 095479 - 095497 | Sal Romano | | | | | |
| | | | | | | |
| Production IV | Audio recordings | 63 CDs | | | | |
| 07/20/09 | | | | | | |
| | | | | | | |
| Production V | Project IV | 1 Disc | | | | |
| 08/21/09 | (17 Boxes) | | | | | |
| V0001 - V2806 | J Romano et al | | | | J Romano victims | |
| SW0001-SW0395 | TA, RB, RD, AL | | | | 1/07 - 6/07 | |
| SW0396-SW0838 | TA,RB,RD,AL,SC | | | | 1/08 - 6/08 | Newer s/m too |
| SW0839-SW1125 | TA,RB,RD,AL,SC | | | | 7/07 - 12/07 | Newer s/m too |
| SW1126-SW1146 | Sal Romano | | | | 3/05 - 6/06 | |
| SW1147-SW1350 | J Romano et al | | | | From IRB & UCB (TX) | |
| SW1351-SW1393 | J Romano et al | | | | Sales records | |
| SW1394-SW1867 | J Romano et al | | | | Sales records, DHL | |
| SW1868-SW2462 | J Romano et al | | | | Sales orders, leads | |
| SW2463-SW2911 | TA,RB,RD,AL,SC | | | | 7/08 - 12/08 | Newer s/m too |
| SW2912-SW3124 | Michael Di Bari | | | | 2004 | |
| SW3125-SW3350 | J Romano et al | | | | Sales orders | |
| SW3351-SW3675 | J Romano et al | | | | Dep't of Labor file | |
| SW3675-SW4772 | J Romano et al | | | | DHL, Amex complain | LIPA, VR's Blue X |
| SW4773-SW5005 | J Romano et al | | | | Rubenstein, Isl Coins | Lists |
| SW5006-SW5131 | J Romano et al | | | | Verizon | |
| SW5132-SW5149 | Michael Di Bari | | | | Personnel files | |
| SW5550-SW5724 | J Romano et al | | | | J Romano victims | |
| SW5725-SW6735 | J Romano et al | | | | J Romano victims | |
| SW6736-SW7976 | J Romano et al | | | | J Romano victims | Germann, Gibbons |
| SW7977-SW9671 | J Romano et al | | | | J Romano victims | |
| SW9672-SW9891 | J Romano et al | | | | J Romano victims | |
| SW9892-SW11522 | J Romano et al | | | | J Romano victims | Poore |



**EXHIBIT B**

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| | | | | | | |
| SW11523-SW11524 | J Romano et al | | | C4 1 of 3 | | |
| SW11525-SW12760 | J Romano et al | | | | J Romano victims | |
| SW12761-SW12970 | J Romano et al | | | C4 3 of 3 | J Romano victims | |
| SW12971-SW14520 | J Romano et al | | | | J Romano victims | G Young, USPS |
| SW14521-SW14614 | J Romano et al | | | | | |
| SW14615-SW14806 | J Romano et al | | | | 2001 RW, Bob Thom | LQC, JA |
| SW14807-SW14916 | J Romano et al | | | | 2001-03 John Andrews | |
| SW14917-SW15196 | J Romano et al | | | | | |
| SW15197-SW15690 | J Romano et al | | | | LQC | |
| SW15691-SW16187 | J Romano et al | | | | LQC | |
| SW16188-SW16733 | J Romano et al | | | | LQC | |
| SW16734-SW17176 | J Romano et al | | | | Binder | |
| SW17177-SW18085 | J Romano et al | | | | Classic Treasures | |
| SW18086-SW18205 | J Romano et al | | | D3 1 of 4 | Nationwide Sales | |
| SW18206-SW18882 | J Romano et al | | | D3 1 of 4 | JR's personal files | |
| SW18883-SW18891 | J Romano et al | | | D3 3 of 4 | Island Rareties | |
| SW18892-SW19113 | J Romano et al | | | D3 3 of 4 | Precious Metals | |
| SW19114-SW19344 | J Romano et al | | | D3 4 of 4 | | |
| SW19345-SW19965 | J Romano et al | | | D3 4 of 4 | Binder | |
| SW19966-SW20314 | J Romano et al | | | D3 4 of 4 | RW Customer | Binder |
| SW20315-SW20704 | J Romano et al | | | D3 4 of 4 | RW Leads 1-500 | Binder |
| SW20705-SW21006 | AL, SC, RW | | | Desk K | AL payroll, leads | |
| SW21007-SW22296 | AL, RD, SC,TA | | | | Leads, UCB FedEX, | Price,Gibbons,Judy |
| SW22297-SW24003 | J Romano et al | | | Desk K | Lara, leads, | |
| SW24004-SW26749 | Russell Barnes | | | RB Desk (N) | Salehead leads, | |
| | | | | | | |
| Production VI | Aud & Vid recordings | 4 CDs | 3 video & 1 audio | | Surveillance, CD | Gordon Young |
| 09/18/09 | | | | | | |
| | | | | | | |
| Production VII | Surveillance photos | | | | | |
| 11/06/09 | Audio Recordings | 3 CDs | | | Fred Thompson | Owen Larsen |
| 07/10/07 1-3 | Surveillance photos | | | | | |
| 07/26/07 1-5 | Surveillance photos | | | | | |
| 07/27/07 1-4 | Surveillance photos | | | | | |



**EXHIBIT B**

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| | | | | | | |
| 07/30/07 1-9 | Surveillance photos | | | | | |
| 08/17/07 1-4 | Surveillance photos | | | | | |
| 01/10/08 1-2 | Surveillance photos | | | | | |
| | | | | | | |
| Production VIII | Project V (3 Boxes) | 1 Disc | | | | |
| 01/07/10 | | | | | | |
| SW27265-SW27622 | J Romano et al | | | Shed Part 1 | | 2003-2006 |
| SW27623-SW27709 | SC, BW, MD(Bob) | | | Shed Part 2 | Carl Devita 2005-6 | |
| SW27710-SW28326 | J Romano et al | | | Shed Part 3 | | |
| V2807-V3033 | J Romano et al | | | | J Romano victims | |
| | | | | | | |
| Production IX | Recordings | 1 Disc | | | | |
| | Camera Recordings | | | | 1. Anthony Swiatek | |
| | | | | | 2. Kramer Coins | |
| | | | | | 3. Neises Video | |
| | | | | | 4. NGC Receiving | |
| | | | | | 5. Take Down Video | |
| | Security Video Clips | | | | | |
| | | | | | | |
| Production X | CCI Records | 7 Discs | | | | |
| (09/01/10) | | | | | | |
| CCI-00001-CCI-02306 | J Romano et al | | | AT&T | Phone records | (516) 272-2721 |
| | | | | | | |
| CCI-02310-CCI-02312 | J Romano et al | | | AT&T | Phone records | (516) 272-2721 |
| CCI-02313-CCI-02342 | Kevin Wells | | | Citibank | Bank records | Tribeca Coin |
| CCI-02343-CCI-02453 | J Romano et al | | | Jet Blue | Flight records | |
| CCI-02354-CCI-02514 | J Romano et al | | | Steve Newman | Lease agreement | CCI Lease |
| CCI-02515-CCI-02517 | J Romano et al | | | Steve Newman | Email and checks | |
| CCI-02518-CCI-02819 | J Romano et al | | | Amex | 8/28/07- 2/13/09 | 13003 |
| CCI-02820-CCI-03022 | J Romano et al | | | Amex | 8/08/07-6/09/09 | 74005 |
| CCI-03023-CCI-03214 | J Romano et al | | | AT&T Wireless | Phone records | (954) 254-6418 |
| CCI-03215-CCI-03226 | J Romano et al | | | AT&T | Subscriber info | |
| CCI-03227CCI-03315 | J Romano et al | | | AT&T | | (954) 254-6418 |
| CCI-03890-CCI-03896 | J Romano et al | | | Regions Bank | Signature cards | |



**EXHIBIT B**

JR000014381

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
|---|---|---|---|---|---|---|
| CCI-03897-CCI-03929 | J Romano et al | | | Regions Bank | Bank records | 8377 |
| CCI-03930-CCI-04336 | J Romano et al | | | Regions Bank | 02/28/09 | 8250 |
| CCI-04337-CCI-04346 | J Romano et al | | | Sprint | Subscriber info | (631) 664-1209 |
| CCI-04347-CCI-04647 | J Romano et al | | | BOA | 08/20/09 | 10731 |
| CCI-04348-CCI-05027 | J Romano et al | | | BOA | 08/01/09 | 8746 |
| CCI-05028-CCI-05032 | J Romano et al | | | BOA | Signature cards | |
| CCI-05033-CCI-05173 | J Romano et al | | | BOA | 03/23/09 | 3807 |
| CCI-05174-CCI-05180 | J Romano et al | | | BOA | Signature cards | |
| CCI-05181-CCI-05183 | J Romano et al | | | BOA | 05/14/07 | 718 |
| CCI-05184-CCI-05226 | J Romano et al | | | BOA | 12/29/06-12/21/09 | 9376 |
| CCI-05227-CCI-05268 | J Romano et al | | | BOA | 6/30/2009-2/08/10 | 10731 |
| CCI-05269-CCI-05568 | J Romano et al | | | BOA | 12/15/06 3/18/10 | 4551&3775 |
| CCI-05569-CCI-05608 | J Romano et al | | | BOA | 8/1/09-1/31/10 | 8746 |
| CCI-05609-CCI-05630 | J Romano et al | | | BOA | | 10731 |
| CCI-05631-CCI-05653 | J Romano et al | | | BOA | Signature cards | |
| CCI-05654-CCI-05726 | J Romano et al | | | BOA | 2/28/10-5/31/10 | 3807 |
| CCI-05726-CCI-06182 | J Romano et al | | | BOA | 2/28/10-5/31/10 | 8746 |
| CCI-06183-CCI-06300 | J Romano et al | | | BOA | 2/28/10-5/31/10 | 10731 |
| | | | | | | |
| CCI-03316-CCI-03618 | J Romano et al | | | AT&T Wireless | 1/20/09-4/02/10 | (954) 304-6336 |
| CCI-03319-CCI-03889 | J Romano et al | | | AT&T Wireless | Records/Subscriber | (954) 304-6336 |
| | | | | | | |
| CCI-06301-CCI-06325 | J Romano et al | | | BOA | 1/12/10-5/11/10 | 10731 |
| CCI-06326-CCI-06337 | J Romano et al | | | BOA | Electronic transfers | |
| CCI-06338-CCI-06438 | J Romano et al | | | BOA | 1/22/10-5/30/10 | 4551&3775 |
| CCI-06339-CCI-06463 | J Romano et al | | | | Email info | |
| CCI-06464-CCI-06503 | J Romano et al | | | Monte Bank | | |
| CCI-06504-CCI-06780 | J Romano et al | | | Midboro Mgmt | | |
| CCI-06781-CCI-06788 | J Romano et al | | | Microsmart | | |
| CCI-06789-CCI-06813 | J Romano et al | | | Remax | | |
| CCI-06814-CCI-06953 | J Romano et al | | | BOA | 8/03/09-4/27/10 | 9784 |
| CCI-06954-CCI-06707 | J Romano et al | | | MDC/NCCC | Inmate records | |
| CCI-06708-CCI-07105 | J Romano et al | | | Arizona Coin | Sales records etc | |
| CCI-07106-CCI-07108 | J Romano et al | | | Verizon | Subscriber info | (646) 841-3520 |



**EXHIBIT B**

CR-170
F #2007R01344

Joseph Romano et al
Discovery

| | | | | | | |
|---|---|---|---|---|---|---|
| Bates Range | Defendant | | | Provider | Description | Account Number/Misc. |
| | | | | | | |
| CCI-07110-CCI-7392 | J Romano et al | | | Sprint | Phone records | (631) 641-2096 |
| | | | | | | |
| CCI-07393-CCI-7400 | J Romano et al | | | NCCC | Inmate records | |
| | | | | | | |
| CCI-07401-CCI-7406 | J Romano et al | | | NCCC | Inmate records | |
| | | | | | | |
| Missing pages from Prod #1 | J Romano et al | 1 Disc | | | various | |
| | | | | | | |
| Production XI | Processing docs | 1 Disc | | | various | |
| | | | | | | |
| MISC-00001-MISC-00135 | | | | | | |



**EXHIBIT B**