# EXHIBIT A

```
                                                                   2629

 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA,         :    CR-00-078(RR)
 4
                 v.                    :    U.S. Courthouse
 5                                          Brooklyn, New York
     JONATHAN WAGNER, et al.,          :
 6                                          July 3, 2001
                     Defendants.       :    9:00 o'clock a.m.
 7
     - - - - - - - - - - - - - - - - X
 8

 9               TRANSCRIPT OF TRIAL
                 BEFORE THE HONORABLE REENA RAGGI
10               UNITED STATES DISTRICT JUDGE, and a jury.

11
     APPEARANCES:
12
     For the Government:              LORETTA E. LYNCH
13                                    United States Attorney
                                      By: CHRISTINA DUGGER
14                                        MARSHALL MILLER
                                      Assistant U.S. Attorneys
15                                    225 Cadman Plaza East
                                      Brooklyn, New York 11201
16
     For Defendant Wagner:            JOEL WINOGRAD, ESQ.
17                                    GARY FARRELL, ESQ.

18   For Defendant Deleon:            VINCENT ANCONA, ESQ.

19   For Defendant Hernandez:         PHILIP KATOWITZ, ESQ.

20   For Defendant Maisonave:         MITCHELL GOLUB, ESQ.

21   For Defendant Moreno:            KENNETH PAUL, ESQ.

22

23

24

25


                ANTHONY M. MANCUSO, CSR    OFFICIAL COURT REPORTER
```

2648

McNally/cross/Katowitz

1  THE COURT: None of it is admitted for its truth.
2  You can argue that to the jury.
3  MR. GOLUB: I understand the court will make the
4  appropriate instruction. With all due respect, that may sound
5  fine on paper. The reality is, the jury is going to say, this
6  guy is here, they are going to listen to what he said, and
7  they are going to accept it for the truth of what it is.
8  THE COURT: I don't agree. They have been given the
9  instruction. I'll give it three times a day, if you want.
10 That is not an invitation to impeach his credibility. I know
11 you gentlemen are sorely disappointed that they did not call
12 him. You can call him yourselves, or you can argue an adverse
13 inference in summation for not calling him. You can't impeach
14 someone who is not on the stand or someone whose statements
15 were not received for their truth.
16  That's the ruling.
17  (In open court.)
18  THE COURT: Let me instruct the jury to make sure
19 that they understand here: Ladies and gentlemen, this morning
20 and yesterday, the government played tape-recordings in which
21 Mr. Sanchez was a participant. As I told you yesterday,
22 nothing he said on the tapes is to be considered by you to be
23 true; only the statements made by a defendant on trial are to
24 be considered by you. The statements of Mr. Sanchez, or any
25 of the unidentified voices, were simply to provide you with a

ANTHONY M. MANCUSO, CSR    OFFICIAL COURT REPORTER

```
                                                              2649
            McNally/cross/Katowitz
```

1  context in which to evaluate any statements by the defendants
2  that you may have heard.
3           Now, because Mr. Sanchez has not been called as a
4  witness, because his statements are not admitted for the
5  truth, you do not have to evaluate his credibility or
6  believability the way you have to evaluate the testimony of
7  witnesses who have been on the stand before you.
8           I emphasize again, none of his statements were
9  offered for their truth.
10          Okay, Mr. Katowitz, you may proceed.
11 BY MR. KATOWITZ:
12 Q.   Agent, you had indicated yesterday, on your direct
13 examination, that on occasion, -- I believe you said it was on
14 three occasions -- you had given money to Raul Sanchez; is
15 that correct?
16 A.   Yes, sir.
17 Q.   I would like to take you through those instances, sir.
18          MR. KATOWITZ:  May I approach the witness, your
19 Honor?
20          THE COURT:  Yes.
21 BY MR. KATOWITZ:
22 Q.   Let me show you what's been marked as Government's
23 Exhibit 3500-RS-19.  And reviewing this, do you see your
24 signature on it?
25 A.   Yes, I do.