## EXHIBIT A

Now, I will discuss with you the defense of entrapment. The defendant asserts, as a defense, that he was the victim of entrapment by an agent of the Government. While the law permits Government agents to trap an unwary criminally minded person, the law does not permit the Government agents to entrap an unwary innocent. Thus, a defendant may not be convicted of a crime if it was the Government who gave the defendant the idea to commit the crime, if it was the Government who also persuaded him to commit the crime, and if he was not ready and willing to commit the crime before the Government officials or agents first spoke with him.

On the other hand, if the defendant was ready and willing to violate the law, and the Government merely presented him with an opportunity to do so, that would not constitute entrapment.

Your inquiry on this issue should first be to determine whether the defendant has shown by a preponderance of the evidence that a Government agent originated the criminal design of the particular criminal acts charged in the Indictment. To prove something by a preponderance of the evidence means to prove only that it is more likely true than not true. If you find that the defendant has failed to meet

this burden, then there can be no entrapment and your inquiry on this defense should end there.

If, on the other hand, you find that a Government agent initiated the criminal acts charged in the Indictment, then you must decide if the Government has satisfied its burden to prove beyond a reasonable doubt that prior to first being approached by Government agents, the defendant was ready and willing to commit the crime.

**To determine whether the defendant was ready and willing to commit the offenses charged, you may rely upon any relevant evidence of what the defendant said or did before first being approached by a government agent. You may also rely upon any relevant statements of the defendant after he was first approached by the government agent. But you may rely upon the defendant's conduct after he was first approached by the government agent only if that conduct is independently motivated and not the product of attention that the government might have directed at the defendant.**

If you find beyond a reasonable doubt that the defendant was predisposed - that is, ready and willing - to commit the offenses charged, and merely was awaiting a favorable opportunity to commit them, then you should find that the defendant was not the victim of entrapment. On the other hand, if you have a reasonable doubt that the defendant would have

committed the offenses charged without the Government's inducements, you must acquit the defendant.