PT:UAD
F.#2012R1316

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    <u>PROPOSED ORDER</u>

  - against -                                Cr. No. 12-691 (JFK)

JOSEPH ROMANO,

               Defendant.

- - - - - - - - - - - - - - - - - - X

WHEREAS a Stipulation and Protective Order ("Protective Order") was issued in this case on December 18, 2013, governing "Trial Discovery," as defined in the Protective Order;

WHEREAS the Protective Order prohibited the dissemination of Trial Discovery by the defendant to anyone other than his counsel or members of his counsel's legal staff who have signed the Protective Order; and

WHEREAS it appears that, on or about September 11, 2014, the defendant sent certain Trial Discovery to his wife Karen Romano, an individual not authorized to receive such material, thereby violating the terms of the Protective Order;

IT IS HEREBY ORDERED THAT:

1. The United States Attorney's Office for the Eastern District of New York ("USAO-EDNY") shall provide to the Brooklyn Metropolitan Detention Center (the "MDC") a list of all Trial Discovery covered by the Protective Order; and

2. The MDC, with the assistance of counsel for the defendant, shall identify and confiscate any and all Trial Discovery in the defendant's possession, custody

or control, whether in hard or electronic copy, and return said materials to the USAO-EDNY.


Dated: Brooklyn, New York
September _____, 2014


_____
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE