From: Jamany Ramirez
2302 Dawnwood Ln
Orlando FL 32809

ORLANDO FL 328
19 AUG 2014 PM 7 L




To Joseph Romano
ID# 72247053
M.D.C Brooklyn
PO Box 329002
Brooklyn, N.Y 11232

207

11232900202

8/18/14

Dear Friend:

A Message from Jose Diaz ~ your true friend Rufino"
Dear friend: I take this opportunity to say "thank you"
far in the distance I think about the precious moments we spent together there at M.D.C in brooklyn, and the only thing I could tell you is... Wherever they send me, here or there in my country, even in the end of word I always gonna be you true friend, I will send you a letter from the place I be. Once again, thanks for being my friend.

He hasn't done what promised because he needs $20,000.⁰⁰ and is so hard to do anything yet (he is still in the S.H.U.) and many ugly things are happening with his Lawyer. nothing has been granted. you Understand
thanks for being a sincere friend to Rufino. mister Joseph from my side I hope, life turns in his favor.
Write to me whenever you want. I'll be here.
It's a real pleasure to be the bridge between you guys.
here is not other way of communication, so, please, feel free to write at any time, Always, will send bak to him your mail.

Best regards. Jariany