E.D.N.Y.–Bklyn
12-cr-691
16-cv-5689
Keenan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand nineteen.

Present:

Robert D. Sack,
Gerard E. Lynch,
Denny Chin,
*Circuit Judges.*

---

Joseph Romano,
*Petitioner,*

v. 19-956

United States of America,
*Respondent.*

---

Petitioner moves for leave to file a successive 28 U.S.C. § 2255 motion challenging his conviction and sentence based on *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), and *Johnson v. United States*, 135 S. Ct. 2551 (2015). Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary. It is further ORDERED that the matter is transferred to the district court for further proceedings. *See Whab v. United States*, 408 F.3d 116, 120 (2d Cir. 2005); 28 U.S.C. § 1631. We note that the district court already has pending before it another § 2255 motion presenting claims similar to those in the present motion. *See* E.D.N.Y. 12-cr-691, doc. 247. The transferred papers may be construed as a motion to amend the pending § 2255 motion.

Before a subsequent § 2255 motion can be considered successive, the adjudication of the first motion must be "final." *See Hom Sui Ching v. United States*, 298 F.3d 174, 177 (2d Cir. 2002). Adjudication of a § 2255 motion does not become "final until petitioner's opportunity to seek review in the Supreme Court has expired." *Whab*, 408 F.3d at 120. A petition for writ of certiorari in a civil case must be filed within 90 days after the entry of the order of judgment sought to be reviewed. 28 U.S.C. § 2101(c); S. Ct. R. 13(3). This Court denied Petitioner's request for a certificate of appealability in his first § 2255 proceeding on January 16, 2019, and Petitioner filed

CERTIFIED COPY ISSUED ON 05/08/2019

his current motion, and the § 2255 motion currently pending in the district court, before the period to seek certiorari expired in his first § 2255 proceeding.

It is further ORDERED that the stay entered by the Court on April 16, 2019 is TERMINATED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe