January 6, 2026

Honorable Denny Chin
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Addendum / Notice of Clarification
Case # 1:12-cr-00691-DC-1
Related Civil Case 1:25-CV-5488

Dear Honorable Judge Chin:

### Jurisdictional Gateway

The motion proceeds under §2255(H)(1) Based on newly discovered evidence and constitutional actual innocence.

### Timeliness

The statue of limitations runs under § 2255(f)(4) From the date the suppressed facts were discoverable, not the conviction date.

### Glossip's role (Limited)

Glossip is cited only to confirm the Napue principle; Not as a new rule under § 2255(h)(2).

Respectfully Submitted,

Jan. 6, 2026

1 of 1

Name Romano Joseph
Reg. No. (72247053)
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
CM-25-008

DENVER CO 802
10 JAN 2026 PM 7 L



c/o Clerk of the Court
Honorable Denny Chin
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ 2026
BROOKLYN OFFICE

Prison Legal Mail Jan. 6, 2026 -183299

FEDERAL PRISON CAMP
P.O. BOX 6000
FLORENCE, COLORADO 81226

DATE: JAN 07 2026

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.